# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2008

Clifford W. Taylor,
Chief Justice

135421

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUTH SEMON,
           Plaintiff-Appellee,

v

                                           SC: 135421
                                           COA: 274777

CITY OF SAINT CLAIR SHORES,
           Defendant-Appellant.
                                           Macomb CC: 05-004148-NO

_____/

      On order of the Court, the application for leave to appeal the October 30, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2008

_____
Clerk

p0430